# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DEXTER LEE**                                                                                                  **PLAINTIFF**

v.                                       **CASE NO. 4:23-CV-00486-BSM**

**PINE BLUFF SCHOOL DISTRICT,** *et al.*                                              **DEFENDANTS**

## JUDGMENT

Consistent with the orders entered on September 19, 2023 [Doc. No. 20], April 2, 2024 [Doc. No. 35], and today, this case is dismissed without prejudice.

IT IS SO ORDERED this 9th day of April, 2025.

_____
UNITED STATES DISTRICT JUDGE